GEORGE BRISCOE AND OTHERS, PLAINTIFFS IN ERROR v. THE COMMONWEALTH'S BANK OF THE STATE OF KENTUCKY.

THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, PLAINTIFFS v. GEORGE MILN.

GEORGE BRISCOE AND OTHERS, PLAINTIFFS IN ERROR v. THE COMMONWEALTH'S BANK OF THE STATE OF KENTUCKY.

The case was argued by Mr White and Mr Wilde, for the plaintiffs in error; and by Mr Hardin and Mr Bibb, for the defendant.

THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, PLAINTIFFS v GEORGE MILN.

The case was argued by Mr Ogden, for the plaintiffs; and by Mr Jones, for the defendants.

Mr Chief Justice MARSHALL delivered the opinion of the Court in this and the preceding case.

The practice of this court is, not (except in cases of absolute necessity) to deliver any judgment in cases where constitutional questions are involved, unless four judges concur in opinion, thus making the decision that of a majority of the whole court. In the present cases four judges do not concur in opinion as to the constitutional questions which have been argued. The court therefore direct these cases to be reargued at the next term, under the expectation that a larger number of the judges may then be present.

*Note.* Mr Justice JOHNSON and Mr Justice DUVALL were absent when these cases were argued.